**Order entered April 20, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01449-CV

**DOUGLAS HUNDERMAN AND DOROTHY HUNDERMAN, Appellants**

**V.**

**NATIONSTAR MORTGAGE, LLC, ET AL, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09043**

## ORDER

Before the Court are appellants' second motion for extension of time to file their opening brief and appellees' response opposing the motion and seeking dismissal of the appeal. We **DENY** appellees' request that the appeal be dismissed. We **GRANT** the extension motion and **ORDER** appellant's brief be filed no later than May 20, 2020.

/s/     KEN MOLBERG
         JUSTICE